UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ALLEN M. WATTERSON,

    Plaintiff,

vs.                              Case No. 3:06-cv-369-J-HTS

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

    Defendant.

**O R D E R**

    This cause is before the Court on Plaintiff's Consent Petition for Attorney Fees (Doc. #14; Petition), filed on May 21, 2007. It is represented "the Commissioner's attorneys consent to the payment of fees as set forth" in the Petition. Petition at 2.

    The Petition requests the Court to award $4,276.34 in fees to Plaintiff's counsel pursuant to the Equal Access to Justice Act. *Id.* at 1, 2. In addition, reimbursement is sought for costs of $350.00. *Id.* A total of 26.4 hours were expended in the representation of Plaintiff before the Court in 2006 and 2007. *See id.* at 2; Hours for Chantal J. Harrington, Esq., attached to the Petition, at 4 (detailing 17.6 hours, but incorrectly calculating the total hours as 16.6); Time Expended

in the Matter of Allen M. Watterson by Allison W. Forsyth, attached to the Petition, at 5 (detailing 8.8 hours).

Having reviewed the Petition and case file herein, the Court finds Mr. Watterson satisfies the statutory requirements for an award of fees. *See* 28 U.S.C. § 2412(d). Further, it is found he may reasonably be awarded $4,276.34 in attorney fees and $350.00 in costs.

Accordingly, the Petition (Doc. #14) is **GRANTED** and the Clerk of the Court is directed to enter judgment in favor of Plaintiff and against Defendant for attorney fees in the amount of $4,276.34 and costs of $350.00.

**DONE AND ORDERED** at Jacksonville, Florida, this 31st day of May, 2007.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
    pro se parties, if any